No. 93–5341. ADAMS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–5342. BLACK *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–5343. CHUBB *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–5344. MCLEOD *v.* MYERS. Sup. Ct. S. C. Certiorari denied.

No. 93–5346. CARBAJAL *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–5347. WALTON *v.* ARIZONA. Super. Ct. Ariz., Pima County. Certiorari denied.

No. 93–5348. WIKE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–5349. TRAVIS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 93–5350. CRANE *v.* LOGLI ET AL. C. A. 7th Cir. Certiorari denied.

No. 93–5355. ATKINS *v.* DRESSER INDUSTRIES ET AL. C. A. 5th Cir. Certiorari denied.

No. 93–5356. CASTILLO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–5359. ARRINGTON *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 93–5360. HERNANDEZ *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 93–5362. ECHOLS *v.* WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 93–5363. JACK *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–5364. GARCIA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.